Form a7nflclm
(Rev. 12/15)

# United States Bankruptcy Court
## Southern District of Ohio
221 East Fourth Street, Suite 800
Cincinnati, OH 45202−4133

| | |
|---|---|
| In Re: Bryan A. Hodge<br>Debtor(s)<br>SSN/TAX ID:<br>xxx−xx−4021 | Case No.: 1:21−bk−12038<br>Chapter: 7<br>Judge: Jeffery P. Hopkins |

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the Trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

**January 31, 2022**

This date does not reduce the time provided by statute for governmental units to file proofs of claim.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

If you would like to electronically complete and file a Proof of Claim form, you may do so at the following web site: https://www.ohsb.uscourts.gov/epoc

If you do not have access to a computer, or prefer to file the Proof of Claim manually, a Proof of Claim form ("Official Form 410") can be obtained at www.uscourts.gov or at any bankruptcy clerk's office. If you are filing by mail and wish to receive proof of receipt by the bankruptcy court, enclose an extra copy of the proof of claim together with a stamped, self−addressed envelope.

There is not a fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

United States Bankruptcy Court
Southern District of Ohio
221 East Fourth Street, Suite 800
Cincinnati, OH 45202−4133

Dated: November 2, 2021

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court